IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David E. Carls,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Law Office of Joe Pezzuto, LLC,<br><br>　　　　　Defendant. | No.  CV-14-01930-PHX-SPL<br><br>**ORDER** |

　　　　Pursuant to Plaintiffs' Notice (Doc. 6),

　　　　**IT IS ORDERED** that this matter is dismissed **in its entirety with prejudice** and that each party shall bear its own costs and attorneys' fees.

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

　　　　Dated this 24th day of November, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge